# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 3:24-CR-0306-S |
| | § | |
| MARTRICE SMITH (1) | § | |

### ORDER ADOPTING REPORT & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND DEFENDANT'S WAIVER OF RIGHT TO OBJECT

The Court referred the Petition for Person Under Supervision [ECF No. 3] and the First Amended Petition for Person Under Supervision [ECF No. 28] to the United States Magistrate Judge to conduct a hearing on the alleged violations contained within and to make findings and a recommendation for modification, revocation, or termination of Defendant Martrice Smith's term of Supervised Release. *See* Order [ECF No. 19]. The Court has received the Report and Recommendation of the United States Magistrate Judge and Defendant's Waiver of Right to Object ("Recommendation") pursuant to its Order. *See* ECF No. 32. Defendant did not waive her right to object to the Recommendation. *See id.*

The Defendant filed objections to the Recommendation of the United States Magistrate Judge on December 5, 2024. *See* Def.'s Obj. to R. & R. of the United States Magistrate Judge ("Objections") [ECF No. 33]. The Court has reviewed those parts of the Recommendation to which Defendant objected de novo. The Court finds that incarceration is proper. Finding no error, the Court **OVERRULES** the Objections and **ADOPTS** the Recommendation of the United States Magistrate Judge.

It is, therefore, **ORDERED** that the Recommendation is **ADOPTED** as the opinion and findings of the Court. It is further **ORDERED** that Defendant be committed to the custody of the

Bureau of Prisons for a term of imprisonment of **eight months** with no additional term of Supervised Release to follow.

**SO ORDERED.**

Signed December 10, 2024.

_____
KAREN GREN SCHOLER
**UNITED STATES DISTRICT JUDGE**